UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SONY NOEL,<br><br>    Petitioner,<br><br>vs.<br><br>PAMELA BONDI, Attorney General of the United States; *et al.*,<br><br>    Respondents. | No. 2:25-cv-1997-RSL-SKV<br><br>STIPULATED DISMISSAL OF PETITION FOR WRIT OF HABEAS CORPUS UNDER RED. R. CIV. P. 41(a)(1)(A)(ii) |

    Petitioner Sony Noel, through Assistant Federal Defender Gregory Murphy, and United States Attorney Charles Neil Floyd and Assistant United States Attorney Michelle Lambert, jointly stipulate under Federal Rule of Civil Procedure 41(a)(1)(A)(ii) that this action be dismissed with prejudice as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs. Petitioner has been deported, making his habeas petition challenging the calculation of his release date moot.

    DATED this 11th day of November, 2025.

CHARLES NEIL FLOYD
United States Attorney

| | |
|---|---|
| *s/ Michelle R. Lambert*<br>Michelle R. Lambert, NYS 4666657<br>Assistant United States Attorney<br>United States Attorney's Office<br>700 Stewart Street, Suite 5220<br>Seattle, WA 98101<br>Phone: (206) 553-7970 | *s/ Gregory T. Murphy*<br>Gregory T. Murphy, WSBA No. 36733<br>Assistant Federal Public Defender<br>Federal Public Defender<br>1601 Fifth Avenue, Suite 700<br>Seattle, WA 98101<br>Phone: 206-553-1100 |

STIPULATED DISMISSAL OF PETITION FOR WRIT OF HABEAS CORPUS
(*Noel v. Bondi, et. al*, 25-cv-1977 RSL-SKV) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, WA 98101
(206) 553-1100

Email: michelle.lambert@usdoj.gov
*Attorneys for Respondents*

Email: gregory_murphy@fd.org
*Attorney for Petitioner*

I certify this motion contains 75 words in compliance with the Local Civil Rules.

### ORDER

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(ii), it is hereby ORDERED that this case is dismissed with prejudice and without an award of fees and costs to either party.

Dated this 21st day of November, 2025.

*[signature]*
ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE

STIPULATED DISMISSAL OF PETITION FOR
WRIT OF HABEAS CORPUS
(*Noel v. Bondi, et. al*, 25-cv-1977 RSL-SKV) - 2

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, WA 98101**
**(206) 553-1100**